IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-799 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | 18 U.S.C. § 1343 |
| v. | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **VINCENT GAILLIARD** | ) | **INDICTMENT** |

## COUNT ONE
(Conspiracy)

THE GRAND JURY CHARGES:

That between in or around April of 2022 and in or around May of 2023, in the District of South Carolina and elsewhere, the defendant, **VINCENT GAILLIARD**, knowingly and willfully did combine, conspire and agree with other persons, known and unknown to the grand jury, to knowingly and willfully devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representation and promises, transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate commerce, any writings, signs, signals, pictures or sounds for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343;

THE SCHEME AND ARTIFICE TO DEFRAUD

It was a part of the scheme and artifice to defraud that the defendant and others did, and caused to be done, the following:

a.  The defendant was an employee of the United States Postal Service (USPS).

b.     The defendant was assigned to the USPS Processing and Distribution Center (P&DC) in Columbia, SC. The P&DC is a facility in which mail that has been received by the USPS for delivery is sorted for delivery to the addressee. As an employee working in the P&DC, the defendant had access to undelivered letters and packages.

c.     The defendant would sort through the undelivered mail to identify undelivered letters and packages which would likely contain checks. The defendant would then open those pieces of mail. If a check was found within the illegally opened item, the defendant would take a picture of the check.

d.     The defendant would then post the image of the check on the internet using Telegram (an online application available to the public). The image of the check posted online would not include the account and routing numbers. The defendant would offer to sell an image of the check including the account and routing numbers.

e.     Once he received payment, the defendant would then share an image of the check with the buyer that included the account and routing numbers. The buyer could use the account and routing numbers to create false and fraudulent checks which could be used in obtaining and attempting to obtain money, goods and services;

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
(Aggravated identity theft)

THE GRAND JURY FURTHER CHARGES:

That on or about April 22, 2023, in the District of South Carolina and elsewhere, the defendant, **VINCENT GAILLIARD**, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a violation of Title 18, United States Code, Section 1343;

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

# FORFEITURE

CONSPIRACY TO COMMIT WIRE FRAUD:

Upon conviction for violations of Title 18, United States Code, Sections 1343 and 1349, as charged in this Indictment, the defendant, **VINCENT GAILLIARD**, shall forfeit to the United States, any property, real or personal, which constitutes, is traceable to, or is derived from proceeds the defendant obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

### Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the defendant obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of approximately $149,692.14 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of 18 U.S.C. §§ 1343 and 1349.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant-

    A.    Cannot be located upon the exercise of due diligence;
    B.    Has been transferred or sold to, or deposited with, a third person;
    C.    Has been placed beyond the jurisdiction of the court;
    D.    Has been substantially diminished in value; or
    E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property

of the defendant up to the value of the forfeitable property;

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A  True                                   BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: _____
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Facsimile: (803) 254-2943
Email: john.potterfield@usdoj.gov