RECORD OF GRAND JURY BALLOT

C/R 3:23-cr-799

UNITED STATES OF AMERICA v. VINCENT GAILLIARD

(SEALED UNTIL FURTHER ORDER OF THE COURT)