# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

Vincent Gailliard

C/R 3:23-799

## PLEA

The Defendant, __Vincent Gailliard__ acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads __NOT GUILTY__ in open court.

_____
(Signed) Defendant

Columbia, South Carolina

October 17, 2023