IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:23CR00799-SAL(1) |
| | ) | |
| v. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| **VINCENT GAILLIARD** | ) | |

PLEASE TAKE NOTICE, that Defendant **VINCENT GAILLIARD**, by and through undersigned defense counsel, hereby moves that this matter be continued until the next term of court based upon the following.

Counsel has recently received discovery in this case. Counsel has not had sufficient time to evaluate and investigate all the discovery to effectively defend against these charges and review the same with Defendant. An ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on factors described in 18 U.S.C. § 3161(h)(7)(B). Specifically, the failure to grant a continuance would result in a miscarriage of justice and would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Counsel has advised Defendant of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* Counsel has specifically advised Defendant that by requesting this continuance, Defendant has agreed to continue his case. Defendant consents to the filing of this motion as reflected in the attached waiver.

Counsel has consulted with John C. Potterfield, the Assistant United States Attorney assigned to this case. Mr. Potterfield consents to this requested continuance.

  Based upon the foregoing, counsel respectfully requests a continuance until the next term of court.

/s/ E<span style="font-variant:small-caps">dmund</span> G. M. N<span style="font-variant:small-caps">eyle</span>,<br>
Assistant Federal Public Defender<br>
c/o McMillan Federal Building<br>
401 W. Evans Street, Suite 105<br>
Florence, South Carolina 29501<br>
Telephone: (843) 662-1510<br>
**Attorney ID#: 13832**

Florence, South Carolina

November 17, 2023