IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                              CR NO. <u>3:23-799</u>

**VINCENT GAILLARD**

# PLEA

The defendant, **<u>VINCENT GAILLARD</u>**, having withdrawn his plea of Not Guilty entered 10/17/2023, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
October 30, 2024