IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:23-cr-00799-JFA |
| v. | ) |
| VINCENT GAILLIARD | ) |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of a Preliminary Order of Forfeiture as to Vincent Gailliard, ("Defendant") based upon the Defendant's conviction of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349. *See* 21 U.S.C. § 853.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

        Respectfully Submitted,

        BRYAN P. STIRLING
        UNITED STATES ATTORNEY

By:   <u>s/ Anne Hunter Young</u>
      ANNE HUNTER YOUNG (Fed I.D. #7258)
      Assistant United States Attorney
      United States Attorney's Office
      1441 Main Street, Suite 500
      Columbia, South Carolina 29201

August 29, 2025