To whom it may concern,

I am the brother of Vincent Gailliard. I can name a list of things that could describe his character. He has integrity and honor. He is a leader to his community, and to the youth. He is someone that a lot of people look up to. As you can see he has no record. This was a mistake that has been hanging over his head for some time now. I truly believe that the lesson has been learned already. I hope that you can find it in your heart, that this is not a person that deserves to lose their freedom. He is a father of two boys, that really love and need their father. This family would greatly appreciate your ~~understanding~~ understanding.

Sincerly

Cedrick Gailrad