Stephanie Brunson



Dear Honorable Judge ,

I hope this letter finds you well. My name is Stephanie Brunson, and I'm writing you today on behalf of Vincent Gailliard, Jr whom I have the honor of calling my big brother. My brother has always been someone that I have grown to look up to besides my father which are some pretty big shoes to fill and for that I will always consider him a great man which is why I'm so sadden and heartbroken to hear about his current case.

Vincent has always been a man of grace, responsibility and compassion. As his sister I have witness his dedication as a United States solider, father, son and husband to be to his current fiancée, especially when it came to his two young sons whom he fights for on a daily basis by educating them on how important it is to be smart, hardworking, respectful young men and to never give up on their dreams no matter the obstacles they face. When it comes to his two sons, he just has to enter the room and their faces light up, even if it's just showing up to a basketball game or watching a simple tv show at home, but to them that's everything any child could really ever ask for.

Over the years I've seen the growth in Vincent and the work he has put in to be a better person, better Christian, father and reflecting on himself overall so that he can learn from any of his mistakes he has done over the and be better to everyone around him.

Your Honor although I do understand the gravity of this situation, I pray that you could have some compassion towards Vincent and consider all the good that he has done and the pain it would cause to his two sons to not have their father around on a normal day basis as it has always been for them. Vincent is not this horrible person that some may believe, he's just a man that made a mistake that just like any of us. I believe he has learned from this

mistake and is very remorseful. My family and I love Vincent dearly and will continue to stand behind his good character.

Respectfully,

Stephanie Brunson