

8/29/25

Dear Judge

My name is ███████, Im ██ years old. I am writting this because I want to ask you to please understand how hard it will be for me and my brother if my dad is sent away. My dad is very important to me he has helped me through hard times and always supported my dreams. he has helped with football even if hes tired or would rather do something else. he would give good advice if I need it. he doesn't just help me he helps his family and others when they need it even it he shouldnt or is asked not to. Repectfully, ███████