Dear Judge

My name is ▇▇▇▇▇▇▇▇▇▇ and I'm ▇ years old. I'm writing this because I want to ask you to please understand how hard it would be for me about my brother if my dad is sent away. He deals mostly with me in hard situations. He is a great guy and we love him. Respectfully,

▇▇▇▇▇▇▇▇▇▇

3:23-cr-00799-JFA    Date Filed 08/29/25    Entry Number 63-4    Page 1 of 1