Eric T. Smith



August 21, 2025

To Whom It May Concern,

I, Eric Smith, am writing this letter to you to provide a character reference for Mr. Vincent Gailliard Jr, who I have known as a friend and brother for over 30 years. I provide this reference for knowledge of the current situation he is facing and hope to provide insight into his true character.

Vincent has always been known by all as a person of integrity and loyalty, holding family values to the highest standard. He has been a leader to his two sons, nieces, and friends throughout my time knowing him. He has been an example of patriotism by joining the military at a young age and even persuading myself to join the military which has shaped my career to this day.

As we were raised in the same community where fathers are mostly not around, Vincent is raising his sons to have the values of goal driven, smart and respectful young men that is missing in the world now. He has taken on the complete role of being a father to the son of his fiancé and worked hard to provide for his family while simultaneously being a person to lean on for friends and even coworkers.

I pray that leniency is granted upon him in this situation which has come about and that the outcome allows him to get back on track to being the father, leader and supporter that we, his family and friends all know him to be.

Sincerely,

Eric T. Smith

County/City of Richmond
Commonwealth/State of Virginia
I certify this to be the original document on this
21st day of August 2025.
Katrina Staples
Notary Public
Commission Expires: 7393768

KATRINA STAPLES
Commonwealth of Virginia
Notary Public
Commission No. 7293768
My Commission Expires 06/30/2026