August 24, 2025

LaQuan Plowden

████████████████

To Whom it may concern,

    My name is LaQuan Plowden and I'm the owner and operator of Kut King Barber Lounge in Sumter S.C.. . I'm writing this letter on the behalf of Mr. Vicent Gilliard who is a good friend of mine. I've been living in the community of Sumter for over 16 year and during that time I've had the pleasure of meeting and becoming friends with Mr. Gilliard. My intent with writing this letter is to vouche to his character, integrity, and how much of a positive member of the community he is.

    First, I would like to mention the fact that he is a very devoted family man who shows with his actions that family is very important to him. With his fiance he is a very loving and supportive man. With his two sons he is a very strong father who is always involved in guiding them in their growth and journey to become good men. He also spends alot of time with his parents and siblings who all look up to him and are proud of him.

    He is also a very hard worker who has excellent people and leadership skills. I've witnessed those skills when I saw him put together several events in which he planned, organized, and got the necessary people together to get everything done. With his character as a positive man and person of integrity he is the type of person that people believe in and don't mind following.

    He is also a good friend. He is someone who is always there for others when they need him. He is alway honest and the type of person who gives good advise when a person doesn't know what to do. And, he is also very respectful to others therefore he gets alot of respect from others in the community as well.

    In closing I would like to say that Mr. Vicent Gilliard is a very positive member of the community and I hope that my words can benefit him in any recommendation.

Yours Truly,

LaQuan Plowden