To the Honorable Judge,

I am writing this letter to wholeheartedly vouch for the character of Vincent Gailliard. As one of his best friends, I have had the privilege of knowing him for over ten years and witnessing his positive impact on me, my family and those around him.

Vince, I like to call him "my brother," is truly a person with a strong sense of community and family values. He is a devoted father to his two young boys, Sire and Trey, as well as a Godfather to my son John Edward Wilson Jr. He has always put their well-being and happiness above anything else. His love and dedication to his family, friends, and community are what's truly at the core of who Vince really is. He is also a veteran, having served in the United States Air Force, which has instilled in him a sense of duty and responsibility.

As a great friend and leader amongst our family and friends, Vince has consistently demonstrated his commitment to making a positive difference in the lives of all of us. His passion and will to push through anything and succeed are contagious, and he has inspired me and many others within our family. I have personally seen and witnessed his kindness, empathy, and willingness to give and put others first firsthand on a day to day basis when Vince once lived with my family.

I believe that Vincent's actions that led to his current situation were out of character, and I'm confident and have no doubt that he will learn from this situation and continue to be a positive force to not only his family and friends but his community and the people around him.

Sincerely,
John Edward Wilson Sr