Crystal Green

███████████

███████████

29 August 2025

To whom it may concern,

I am writing to provide a character reference for Vincent Gailliard, who is appearing before your court. I have known him for 22 years in the capacity of us being stationed together in Okinawa, Japan (Kadena AB) as both of our first assignments in 2004; and I am confident in his integrity, responsibility, and character.

In my experience, Vincent has consistently demonstrated compassion. He approaches challenges with his utmost diligence and strives to correct all mistakes with humility and sincerity.

I believe that Vincent's actions and decisions are guided by a strong moral compass and a deep respect for his community and the law. He has always shown integrity to me, and I have no doubt that he will continue to uphold these values moving forward.

I am aware of the charges he is facing, and I firmly believe that this situation is uncharacteristic of his usual conduct. I am confident that Vincent deeply regrets his involvement in this matter and is dedicated to learning from this experience and becoming a better member of society.

Based on my knowledge of Vincent's character and his contributions to our community, I respectfully request that the court consider his positive attributes and potential for rehabilitation when making his sentencing decision.

If you require any further information or have any questions, please do not hesitate to contact me at ███████████ or ███████████.

Thank you for considering my perspective.

Sincerely,

Crystal M. Green (Retired Senior Master Sergeant, USAF)