Kendrix Hammett



8/26/2025

**Re: Character Reference for Vincent Gailliard**

Dear Judge,

I am writing to provide a character reference for Vincent Gailliard, whom I met in the 7th Grade at Bates Middle School where we became friends playing football in our childhood. We both graduated from Sumter High School. He was a brilliant brother to me when I had a dysfunctional relationship with my stepfather to where he even told his parents to take me in as their own. He has served his country in the Air Force. He has a big loving family with his fiancée and their two boys.

I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Vincent demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. He has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. He has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness. Furthermore, I have observed Vincent fulfill his responsibilities with diligence and dedication. Whether it is in a professional capacity or personal commitment, he has consistently displayed a strong work ethic and a commitment to excellence. He is known for going above and beyond expectations, exhibiting reliability and dependability in his pursuits.

Based on my knowledge of Vincent, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Vincent is a person of integrity who made a mistake, and is deeply remorseful for the consequences it has caused.

I kindly request the Court's consideration of Vincent's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Vincent deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to consider my letter. Should you require any additional information or further clarification, please do not hesitate to contact me.

Sincerely,
Kendrix Hammett