Sade' Steele

August 28, 2025

To the sentencing judge:

I am writing this letter in full support of my cousin who we lovingly know as, Vincent. He is a man whose love holds no bounds and is passionate about making sure everyone around him feels that love. I have so much respect in my heart for my cousin as well as my entire family. The most loyal, genuine, and understanding human being I've ever had the pleasure of knowing from a young child.

Throughout our childhood I've witnessed so many instances where he has displayed qualities that define and proves the standup man that he is today. He is a man of high character and a man who doesn't mind lending a helping hand whenever he can. He consistently shows up for those who need him and those he cares about. He is a person who approaches life with grace, maturity, and lots of responsibility. He has respect for others and makes it known through his relationships and with family.

Every part of his personality and character shows in all the sacrifices he's made for our country and his family. That alone shows the integrity and respect that he has in his heart. His helpful nature, kind gestures to his family and close loved ones, are traits that prove to me and many others that they are a part of who he is.

I ask that you consider this letter when evaluating Vincent's character. I truly believe that he will continue to demonstrate the aforementioned qualities and continue to make a positive impact in his own life and the lives of those around him.

Thank you for your time.

Sincerely,

Sade' Steele