IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:23-cr-00799-JFA-1 |
| | ) | |
| v. | ) | **NOTICE OF FILING** |
| | ) | |
| **VINCENT GAILLIARD** | ) | |

Attached please find an additional character letter pertaining to the above-captioned case.

/s/ E<span>DMUND</span> G. M. N<span>EYLE</span>,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID#: 13832**

Florence, South Carolina

September 2, 2025