

August 28 2025

Dear Honorable Judge

I am writing this letter on behalf of my fiance Vincent Gailliard Jr. My name is Shaylah McCoy. I have been in his life for 12 years and we share 2 sons together. Our oldest son ▇ is 14 and our youngest son ▇ is 10 years old. Vincent stepped in to be ▇ father figure when he was only 2 years old. He raises both boys the same and is the only father that ▇ has since his biological father has passed on.

Throughout the years I have been building a life with Vincent he has been a responsible father, a person of integrity and an all around hardworker. He is extremely close with his family. He is the type of friend everyone calls for help.



Vincent understands what he did was wrong and is deeply remorseful for his actions. He has expressed his regret constantly over the last 2 years. I can confidently say that he will never make the same mistake again.

I'm writing this letter to plead for leniency. Vincent not being home with the boys and I would be devastating. It would force me to be a single mother to 2 growing boys who are both at critical points of their young lives and they need their father. ■■■ is in his first year of highschool and playing football for Sumter High school. Vincent is his biggest fan and supporter. ■■■■■■■■■■■■ is in his last year of elementary school. He is an A+B student and that is largely attributed to his father who helps him with homework



daily. ████ don't know life without their father.

Aside from the emotional tole it would also cause a huge financial straint for myself, because it would take away half of my household income. I don't know how I will make ends meet to provide for myself and our son's if he is taken from us.

If there is anybody who deserves a second chance for redemption it's Vincent. In closing thank you for taking the time to read my letter.

Respectfully,

Shylih McG