IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:23-cr-00799-JFA |
| | ) |
| v. | ) |
| | ) |
| VINCENT GAILLIARD | ) |

## **PRELIMINARY ORDER OF FORFEITURE**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Vincent Gailliard, ("Gailliard", "Defendant"), based upon the following:

1. On October 3, 2023, an Indictment was filed charging the Defendant with aggravated identity theft, in violation of 18 U.S.C. § 1028A, and conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon the Defendant's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

Proceeds/ Forfeiture Judgment[1]:

A sum of money equal to all proceeds the defendant obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of approximately $149,692.14 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of 18 U.S.C. §§ 1343 and 1349.

3. On October 30, 2024, Gailliard pled guilty to the charge of conspiracy to commit wire fraud.

4. Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and and 28 U.S.C. § 2461(c).

5. The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which the Defendant has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all rights, title, and interest of the Defendant, Vincent Gailliard, in and to such property, is hereby forfeited to the United States of America for disposition in accordance with law, subject to the rights of third parties in such property under 21 U.S.C. § 853(n).

2. FORFEITURE IS ORDERED against Vincent Gailliard and in favor of the United States for $129,500.97 in United States currency. The United States may at any

---

[1] The government is pursuing a forfeiture judgment in the amount of $129,500.97, which is the loss amount attributed to the Defendant.

time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture judgment.

3. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4. Upon entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3), and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary pursuant to Fed. R. CRim. P. 32.2(e).

7. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of her sentence and included in the criminal judgment.

8. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

 

                                                                                  */s/ Joseph F. Anderson, Jr.*

                                                                                  JOSEPH F. ANDERSON, JR.
                                                                                  UNITED STATES DISTRICT JUDGE

September 3, 2025
Columbia, South Carolina